# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 22−32040
                                                             Chapter 13
Gerald Javier Wilson ,

    Debtor.

## ORDER

    This case is before the court on the following matter:

*20* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation . filed by David Weston on behalf of Gerald Javier Wilson. Responses due by 06/16/2023. (Weston, David)

    It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated June 17, 2023

                                                                 Christopher L. Hawkins
                                                                 United States Bankruptcy Judge